# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY DAILING, individually and on behalf of a Class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE NORTH COMPANIES GAMING & ENTERTAINMENT INC. d/b/a JUMER'S CASINO & HOTEL, a Delaware corporation; BALLY'S QUAD CITIES CASINO & HOTEL, LLC, an Illinois limited liability company; and MORSE WATCHMANS INCORPORATED, a Connecticut corporation, <br><br> Defendants. | Case No. 4:22-cv-04091-SLD-JEH |

## DEFENDANT MORSE'S RULE 12(B)(2) AND 12(B)(6) MOTION TO DISMISS COUNT II

Defendant, MORSE WATCHMANS, INC. (or hereafter, "Morse"), through its undersigned counsel, pursuant to Fed. R. Civ. P. 12(b)(2) & 12(b)(6), requests this Court dismiss Count II for lack of personal jurisdiction and for failure to state a claim, stating as follows:

1. There is only one count plead against Morse – Count II under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 et seq. ("BIPA") (ECF No. 1 ¶¶ 141-152).

2. Morse, by and through its undersigned counsel, hereby moves by this motion and Morse's memorandum of law, submitted herewith, that this Court dismiss the above-referenced action for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). For the reasons stated in Morse's memorandum of law, Morse does not have a sufficient relationship with Illinois for this Court to assert general jurisdiction over it. Furthermore, the cause of action at issue did not plausibly arise out of or relate to Morse's contacts with Illinois, such that this Court should assert specific jurisdiction over it.

2. In addition, Morse moves this Court to dismiss the above-referenced action pursuant to Fed. R. Civ. P. 12(b)(6) because plaintiff's complaint fails to state a claim against Morse.

3. Morse requests oral argument to address any remaining and/or unanswered questions this Court may have after briefing is complete.

**WHEREFORE**, Morse respectfully asks that the above-referenced action be dismissed.

Dated: September 27, 2022

HINSHAW & CULBERTSON LLP

By: */s/ Todd P. Stelter*

John P. Ryan
Todd P. Stelter
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Tel: 312-704-3000
Fax: 312-704-3001
E-mail: jryan@hinshawlaw.com
E-mail: tstelter@hinshawlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, a copy of the forgoing **Defendant Morse's Rule 12(b)(2) and 12(b)(6) Motion to Dismiss Count II** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *Todd P. Stelter*
Todd P. Stelter
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone No.: 312-704-3000
Fax No. 312-704-3001
tstelter@hinshawlaw.com