# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY DAILING, Individually and on behalf of a Class of similarly situated individuals, ) ) ) | |
| Plaintiff(s) ) ) | |
| v. ) ) | Case No. 22-cv-04091-SLD-JEH |
| DELAWARE NORTH COMPANIES GAMING & ENTERTAINMENT, INC. d/b/a JUMER'S CASINO & HOTEL, a Delaware corporation; BALLY'S QUAD CITIES CASINO & HOTEL, LLC, an Illinois limited liability company; and MORSE WATCHMANS INCORPORATED, a Connecticut corporation, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

### DEFENDANT DELAWARE NORTH COMPANIES GAMING & ENTERTAINMENT, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

NOW COMES Defendant Delaware North Companies Gaming & Entertainment, Inc. ("Defendant" or "Delaware North"), through its undersigned counsel and for the reasons discussed in its accompanying memorandum of law, which is expressly incorporated herein, hereby moves to dismiss Plaintiff's complaint in its entirety pursuant to Federal Rule of Procedure 12(b)(1) and 12(b)(6).

**WHEREFORE**, Delaware North respectfully requests that this Court grant this motion and enter an order dismissing Plaintiff's complaint in its entirety and for any additional relief deemed just and appropriate.

Dated: September 27, 2022                    Respectfully submitted,

**Delaware North Companies, Gaming & Entertainment, Inc.**

By:   */s/ __ Jody Kahn Mason_____*
One of the Attorneys for Defendant,
Delaware North Companies, Incorporated

Jody Kahn Mason (ARDC #6289872)
Andrew D. Welker (ARDC #6311442)
Jackson Lewis P.C.
150 North Michigan Ave., Suite 2500
Chicago, IL 60601
Tel.: 312.787.4949
Jody.Mason@jacksonlewis.com
Andrew.Welker@jacksonlewis.com

2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on September 27, 2022 I caused the foregoing to be electronically filed with the Central District of Illinois using the ECF filing system to all of the attorneys of record in this matter.

    /s/ *Jody Kahn Mason*