# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY DAILING, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff,*<br><br>v.<br><br>DELAWARE NORTH COMPANIES GAMING & ENTERTAINMENT, INC. d/b/a JUMER'S CASINO & HOTEL, a Delaware corporation; BALLY'S QUAD CITIES CASINO & HOTEL, LLC, an Illinois limited liability company; and MORSE WATCHMANS INCORPORATED, a Connecticut corporation,<br><br>*Defendants.* | 4:22-cv-04091-SLD-JEH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO CERTAIN DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Mary Dailing voluntarily dismisses Defendants, Delaware North Companies Gaming & Entertainment, Inc. d/b/a Jumer's Casino & Hotel and Morse Watchmans Incorporated without prejudice and with all parties to bear their respective costs. Neither Delaware North nor Morse Watchmans has answered or filed a motion for summary judgment on Plaintiff's claims.

The case will continues as to Defendant Bally's Quad Cities Casino & Hotel, LLC.

Date:   October 10, 2022                                         Respectfully submitted,

/s/   *Steven Hart*
     Steven Hart
     HART MCLAUGHLIN & ELDRIDGE, LLC
     22 W. Washington Street, #1600
     Chicago, IL 60602
     (312) 955-0545
     shart@hmelegal.com

*Counsel for Plaintiff Mary Dailing*