# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY DAILING, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>DELAWARE NORTH COMPANIES GAMING & ENTERTAINMENT, INC. d/b/a JUMER'S CASINO & HOTEL, a Delaware corporation; BALLY'S QUAD CITIES CASINO & HOTEL, LLC, an Illinois limited liability company; and MORSE WATCHMANS INCORPORATED, a Connecticut corporation,<br><br>*Defendants*. | 4:22-cv-04091-SLD-JEH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO REMAINING DEFENDANT BALLY'S

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Mary Dailing voluntarily dismisses Defendant, Bally's Quad Cities Casino & Hotel, LLC, with prejudice and with all parties to bear their respective costs. Bally's has neither answered nor filed a motion for summary judgment on Plaintiff's claims.

With this dismissal, Plaintiff has dismissed her case against all parties.

Date:   October 24, 2022            Respectfully submitted,

/s/     Steven Hart
Steven Hart
HART MCLAUGHLIN & ELDRIDGE, LLC
22 W. Washington Street, #1600
Chicago, IL 60602
(312) 955-0545
shart@hmelegal.com

*Counsel for Plaintiff Mary Dailing*